JESSE SBAIH & ASSOCIATES, LTD.
Jesse M. Sbaih (#7898)
The District at Green Valley Ranch
170 S. Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel    (702) 896-2529
Fax    (702) 896-0529
jsbaih@sbaihlaw.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BARBARA COLE; ISMAIL SBAIH; and HANAN SBAIH, individually, as heirs of FIRAS ISMAIL MAHMOUD ZAIDAN "SBAIH" (deceased) and as co-administrators of the Estate of FIRAS ISMAIL MAHMOUD ZAIDAN "SBAIH," <br><br> Plaintiffs, <br><br> vs. <br><br> THE HASHEMITE KINGDOM OF JORDAN; THE HASHEMITE KINGDOM OF JORDAN PUBLIC SECURITY DIRECTORATE; AQABA REHABILITATION AND CORRECTION CENTER; MOUSA HAMAD ALMARE'A; LAFFY ALI ALA'MAREN; QADAR ABEDELSALAM ALTORAH; HASSAN ATA ALTALQ; ALI ADELALLAH A'LAWEE; THE HASHEMITE KINGDOM OF JORDAN, MINISTRY OF HEALTH-NATIONAL INSTITUTE OF FORENSIC MEDICINE; MU'MON AL-HADIDI, M.D.; MANSOUR OMAR AL-MA'AYTAH, M.D.; MUNTHER MOUSA LUTFI, M.D.; MAJID YASIN AL-SHAMAYLEH, M.D.; DOES 1 through 100; inclusive, <br><br> Defendants. | Case No.: 2:09-cv-00838-PMP-LRL <br><br><br> **AMENDED NOTICE OF DISMISSAL WITH PREJUDICE** |

COME NOW, Plaintiffs BARBARA COLE; ISMAIL SBAIH; and HANAN SBAIH, individually, as heirs of FIRAS ISMAIL MAHMOUD ZAIDAN "SBAIH" (deceased) and as co-

administrators of the Estate of FIRAS ISMAIL MAHMOUD ZAIDAN "SBAIH" (collectively "Plaintiffs"), by and through their attorneys of record, JESSE SBAIH & ASSOCIATES, LTD., and hereby voluntarily dismiss the above-entitled action with prejudice pursuant to Fed. R. Civ. P. 41(a). No opposing party has served an answer or motion for summary judgment.

DATED this 21st day of October, 2010.

JESSE SBAIH & ASSOCIATES, LTD.

By   /s/ Jesse Sbaih
Jesse M. Sbaih, Esq.
170 S. Green Valley Parkway, Suite 280
Henderson, Nevada 89012
*Attorneys for Plaintiffs*

IT IS SO ORDERED.

_____
PHILIP M. PRO
UNITED STATES DISTRICT JUDGE

Dated:  October 22, 2010.